DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

12 DECEMBER 2012

| 161A12 | Applewood Properties, LLC and Apple Creek Executive Golf Club, LLC v. New South Properties, LLC, Apple Creek Village, LLC, Hunter Construction Group, Inc., and Urban Design Partners | Motion of the State of North Carolina as *Amicus Curiae* Leave to Participate in Oral Argument | Allowed 10/26/12 |
|---|---|---|---|
| 174P12 | Benjamin Edwards and Lynn Owens, Owners of Live; George Beaman, Owner of Club 519, 5th Street Distillery, and Mac Billiards v. Pitt County Health Directory, John H. Morrow | 1. Petitioners' NOA Based Upon a Constitutional Question (COA11-754) <br><br> 2. Petitioners' PDR Under N.C.G.S. § 7A-31 <br><br> 3. Respondent's Motion to Dismiss Appeal <br><br> 4. Respondent's Conditional PDR Under N.C.G.S. § 7A-31 | 1. - - - <br><br> 2. Denied <br><br> 3. Allowed <br><br> 4. Dismissed as Moot |
| 203P12 | State v. Francisco Javier Pizano-Trejo | 1. State's Motion for Temporary Stay (COA11-1085) <br><br> 2. State's Petition for *Writ of Supersedeas* <br><br> 3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **05/07/12** <br><br> 2. Allowed <br><br> 3. Allowed |
| 206P12 | State v. Stacey Allen Glenn | 1. State's Motion for Temporary Stay (COA11-897) <br><br> 2. State's Petition for *Writ of Supersedeas* <br><br> 3. State's NOA Based Upon a Constitutional Question <br><br> 4. State's PDR Under N.C.G.S. § 7A-31 <br><br> 5. Def's Motion to Dismiss Appeal | 1. Allowed 05/07/12; Dissolved the Stay 12/12/12 <br><br> 2. Denied <br><br> 3. - - - <br><br> 4. Denied <br><br> 5. Allowed |